B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern   District Of   Illinois

In re **Bettie Pullen-Walker**
Debtor

Case No. **08-4258**

Chapter **13**

**Amended** ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____   Check one ☐ With the filing of the petition, or
                         ☐ On or before _____

$ **68.50** on or before **April 30, 2008**
$ **68.50** on or before **May 30, 2008**
$ **68.50** on or before **June 20, 2008**

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **APR 24 2008**

United States Bankruptcy Judge