```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04258
   BETTIE PULLEN WALKER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9956


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/25/2008 and was not confirmed.

      The case was dismissed without confirmation 07/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
ROOSEVELT UNIVERSITY       PRIORITY          NOT FILED          .00            .00
SALLIE MAE GUARANTEE SER   PRIORITY         71182.07            .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          5188.76            .00            .00
CITY OF CHICAGO PARKING    PRIORITY          NOT FILED          .00            .00
NATIONAL PREMIUM FINANCE   UNSEC W/INTER    NOT FILED           .00            .00
GBJ SERVICES INC           UNSEC W/INTER    NOT FILED           .00            .00
JACKSON PARK HOSPITAL      UNSEC W/INTER    NOT FILED           .00            .00
AT&T/SBC                   UNSEC W/INTER    NOT FILED           .00            .00
STATE FARM INSURANCE       UNSEC W/INTER    NOT FILED           .00            .00
VERIZON                    UNSEC W/INTER    NOT FILED           .00            .00
JEWEL OSCO                 UNSEC W/INTER    NOT FILED           .00            .00
CHATHAM GROVE CONDO APTS   SECURED          8700.00             .00            .00
CHATHAM GROVE CONDO APTS   UNSEC W/INTER    NOT FILED           .00            .00
JULIA BRANSON              CURRENT MORTG          .00           .00            .00
JULIA BRANSON              SECURED NOT I          .00           .00            .00
JULIA BRANSON              UNSEC W/INTER    NOT FILED           .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER    NOT FILED           .00            .00
SALLIE MAE GUARANTEE SER   UNSEC W/INTER    NOT FILED           .00            .00
HSBC BANK NEVADA NA        UNSEC W/INTER     632.00             .00            .00
PRO SE DEBTOR              DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 04258 BETTIE PULLEN WALKER
```

```
                                   ---------------    ---------------
TOTALS                                         .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 10/29/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```